```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
| SEAN PATRICK KENNEDY | ) Case No.: 8:07-bk-13131-TA |
|  | ) |
| LADONNA BETH KENNEDY | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301114** in the sum of **$178.36** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

```
SEAN PATRICK KENNEDY
16542 BLACKBEARD LANE 100
HUNTINGTON BEACH, CA #REF!
```

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0713131 | SEAN PATRICK & LADONNA BETH KENNEDY ACCT: | Claim: 00000 | XXX-XX-7154 XXX-XX-5980 | 178.36 | 0.00 | 178.36 |
| | | TOTALS | | 178.36 | 0.00 | 178.36 |

SEAN PATRICK KENNEDY
LADONNA BETH KENNEDY
BALANCE:           [0.00  23/00000]
SSN: XXX-XX-7154   SSN: XXX-XX-5980
ACCT:              CASE: 0713131
PRINCIPAL:    178.36   INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301114
Aug 22, 2011
VOID 90 DAYS FROM DATE

*******$178.36

PAY  One Hundred Seventy Eight And 36 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301114⑈ ⑆061100790⑆ 000000575186 2⑈