Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| | ) Chapter 13 |
| | ) |
| SEAN PATRICK KENNEDY | ) Case No.: 8:07-bk-13131-TA |
| | ) |
| LADONNA BETH KENNEDY | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301112** in the sum of **$242.90**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

address of the party entitled to said unclaimed dividend is as follows:

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA #REF!

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0713131 | SEAN PATRICK & LADONNA BETH KENNEDY<br>ACCT: 937-710-33.00 | Claim: 00009 | XXX-XX-7154<br>XXX-XX-5980 | 242.90 | 0.00 | 242.90 |
| | | TOTALS | | 242.90 | 0.00 | 242.90 |

SEAN PATRICK KENNEDY
LADONNA BETH KENNEDY
BALANCE:            [0.00  23/00009]
SSN: XXX-XX-7154    SSN: XXX-XX-5980
ACCT: 937-710-33.00          CASE: 0713131
PRINCIPAL:        242.90    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301112

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$242.90

**PAY**    Two Hundred Forty Two And 90 / 100 Dollars

**TO THE**
**ORDER OF**    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈003011⑈  ⑆0611007901⑆00000575186 2⑈