Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| SEAN PATRICK KENNEDY<br><br>LADONNA BETH KENNEDY | ) Chapter 13<br>)<br>) Case No.: 8:07-bk-13131-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301113** in the sum of **$   1.21** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ORANGE COUNTY TAX COLLECTOR
    PO BOX 1438
    SANTA ANA, CA #REF!

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0713131 | SEAN PATRICK & LADONNA BETH KENNEDY<br>ACCT: 937-710-33.00 | Claim: 00009 | XXX-XX-7154<br>XXX-XX-5980 | 1.21 | 1.21 | 0.00 |
| | | TOTALS | | 1.21 | 1.21 | 0.00 |

```
SEAN PATRICK KENNEDY
LADONNA BETH KENNEDY
BALANCE:                    [0.00  23/00009]
SSN: XXX-XX-7154    SSN: XXX-XX-5980
ACCT: 937-710-33.00          CASE: 0713131
PRINCIPAL:         0.00   INTEREST:       1.21
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301113

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$1.21

PAY    One And 21/ 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑃0301113⑃ ⑆061100790⑆ 000000575186 2⑃